UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA SAUNDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | NO. CV 09-0938-CT<br><br>JUDGMENT |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: 7/8/09

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE